THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Vell,
 A/K/A, Bobby J. Bell, Appellant.
 
 
 

Appeal from Richland County
 Reginald I. Lloyd, Circuit Court Judge 
Unpublished Opinion No. 2008-UP-584
Submitted October 1, 2008  Filed October
 15, 2008
APPEAL DISMISSED

 
 
 
 Aileen P. Clare, Appellate Defender, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliot, all of Columbia; and Solicitor Warren B. Giese, of Columbia, for
 Respondent.
 
 
 

PER CURIAM: 
 James Vell was convicted of kidnapping and first-degree criminal sexual conduct. On appeal, Vells counsel argues the trial
 court abused its discretion by forcing him to proceed to trial with appointed
 counsel rather than the attorney of his choice.  Vell also filed a pro se brief,
 arguing: (1) the trial court prejudiced him by enhancing his sentence after his
 request for the attorney of his choice; and (2) the trial court violated his
 Due Process rights by sentencing him to consecutive terms for charges
 committed at the same time.  After a thorough review of the record, counsels
 brief, and Vells pro se brief pursuant to Anders v. California, 386
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., HUFF and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.